**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>AARON R. ANDREW; PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-50186 (BLS) |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE THAT** on October 10, 2019, the Woodbridge Liquidation Trust served the following documents upon the parties listed below in the manner indicated.

- *Plaintiff's First Set of Consolidated Discovery Requests to Defendant Aaron R. Andrew*
- *Plaintiff's First Set of Consolidated Discovery Requests to Defendant Paramount Financial Services, Inc., d/b/a Live Abundant*

**Electronic Mail & Hand Delivery**
Potter Anderson & Corroon LLP
D. Ryan Slaugh, Esq.
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: rslaugh@potteranderson.com

1 The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

**Electronic Mail & First Class Mail**
Pia Anderson Moss Hoyt
Anthony M. Griver, Esq.
136 E. South Temple, 19th Floor
Salt Lake City, UT 84111
Email: tgrover@pamhlaw.com

Dated: October 10, 2019
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Emails: rpachulski@pszjlaw.com
acaine@pszjlaw.com
bsandler@pszjlaw.com
crobinson@pszjlaw.com

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (admitted *pro hac vice*)
Michael L. Tuchin (admitted *pro hac vice*)
David A. Fidler (admitted *pro hac vice*)
Jonathan M. Weiss (admitted *pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Tel: (310) 407-4000
Fax: (310) 407-9090

*Counsel to the Woodbridge Liquidation Trust*

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 10th day of October, 2019, I caused a copy of the following to be served upon the party listed below in the manner indicated:

***Notice of Service of Discovery***

**Electronic Mail & Hand Delivery**
Potter Anderson & Corroon LLP
D. Ryan Slaugh, Esq.
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Email: rslaugh@potteranderson.com

**Electronic Mail & First Class Mail**
Pia Anderson Moss Hoyt
Anthony M. Griver, Esq.
136 E. South Temple, 19th Floor
Salt Lake City, UT 84111
Email: tgrover@pamhlaw.com

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)