IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) ) ) ) ) ) | Chapter 11<br><br>Case No. 17-12560 (JKS)<br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>                          Plaintiff,<br><br>vs. | ) ) ) ) ) ) ) ) ) ) ) | |
| Sylvan & Jeannette Jutte, | ) | A.P. No. 19-50308 (JKS) |
| Brian & Robin Korkus, | ) | A.P. No. 19-50309 (JKS) |
| Delton & Jean Christman, | ) | A.P. No. 19-50314 (JKS) |
| Floyd & Lavonne Davis, | ) | A.P. No. 19-50317 (JKS) |
| George & Charlene Iwahiro, | ) | A.P. No. 19-50319 (JKS) |
| Toomas & Pamela Heinmets, | ) | A.P. No. 19-50322 (JKS) |
| Janet V. Dues, | ) | A.P. No. 19-50328 (JKS) |
| Dena Falkenstein, | ) | A.P. No. 19-50329 (JKS) |
| Judy Karen Goodin, | ) | A.P. No. 19-50330 (JKS) |
| Denis W. Hueth, | ) | A.P. No. 19-50331 (JKS) |
| Christian Lester, | ) | A.P. No. 19-50332 (JKS) |
| Jane Marshall, | ) | A.P. No. 19-50335 (JKS) |
| Laurence J. Nakasone, | ) | A.P. No. 19-50337 (JKS) |
| Blaine Phillips, | ) | A.P. No. 19-50338 (JKS) |
| George Edward Sargent, | ) | A.P. No. 19-50340 (JKS) |
| Jeff Schuster, | ) | A.P. No. 19-50341 (JKS) |
| Jennifer Tom, | ) | A.P. No. 19-50342 (JKS) |
| Anita Bedoya & Mark Bedoya, | ) | A.P. No. 19- 50343 (JKS) |
| Anita Bedoya & Julian Duran, | ) | A.P. No. 19-50344 (JKS) |
| Ronald Cole, | ) | A.P. No. 19-50346 (JKS) |
| Ronald Draper, | ) | A.P. No. 19-50347 (JKS) |
| Lawrence J. Paynter, | ) | A.P. No. 19-50351 (JKS) |
| Nannette Tibbitts, | ) | A.P. No. 19-50353 (JKS) |
| Clayton Nakasone, | ) | A.P. No. 19-50832 (JKS) |
|                           Defendants. | ) | |

**MOTION TO INCLUDE THE DEFENDANTS' MOTION TO
TEMPORARILY STAY THE PROSECUTION OF THEIR
COMPLAINTS PENDING THE DETERMINATION OF
DISTRIBUTIONS TO CLASS 3 NOTE CLAIMANTS UNDER
THE CONFIRMED PLAN ON THE MATTERS SCHEDULED
FOR THE MAY 19, 2021 STATUS CONFERENCE AT 9:00 A.M.**

1. On May 10, 2021, the above-captioned defendants (hereafter, the "Movants") filed the *Defendants' Motion to Temporarily Stay the Prosecution of Their Complaints Pending the Determination of Distributions to Class 3 Note Claimants Under the Confirmed Plan* (the "Motion") in each of the Movants' respective adversary proceedings.[1]

2. Pursuant to the Motion, the Movants seek the entry of an order temporarily staying the prosecution of the Complaints filed against them until after the Wind-Down Entity has liquidated all of the Debtors' real estate assets, and distributed the net proceeds to the Liquidation Trust, in accordance with the terms of the Plan.

3. Absent such relief, the Movants will be irreparably harmed for all of the reasons set forth in the Motion.

4. Under Local Rule 7007-3, hearings on motions filed in adversary proceedings are not scheduled unless the Court orders otherwise.

5. By way of this Scheduling Motion, the Movants seek to have the Motion placed upon the agenda for the Status Conference that was previously scheduled by the Court to occur on May 19, 2021, at 9:00 a.m.

6. During the Status Conference, the Movants seek to have an

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

opportunity to preliminarily address the relief sought in the Motion with the Court, and seek the entry of a consensual scheduling order with the Liquidating Trustee with respect to such relief.

7. For the avoidance of doubt, by way of this Scheduling Motion, the Movants do not seek to shorten the Liquidating Trustee's formal time to file a response to the Motion, or address the merits of the Motion at the Status Conference.

WHEREFORE, the Movants respectfully request the entry of the proposed form of order, filed contemporaneously herewith, that schedules a preliminary hearing upon the Motion to occur during the Status Conference scheduled for May 19, 2021.

Dated: May 10, 2021                                    LAW OFFICE OF CURTIS A. HEHN

/s/ Curtis A. Hehn
Curtis A. Hehn (Bar No. 4264)
1007 N. Orange St., 4th Floor
Wilmington, DE 19801
Telephone: (302) 757-3491
Fax: (302) 397-2155
Email: curtishehn@comcast.net

*Counsel for Movants*