IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DENA FALKENSTEIN,<br><br>Defendant. | Adversary Proceeding<br>Case No. 19-50329 (JKS)<br><br><br><br>**Ref. Docket No. 110** |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 24, 2025, I caused to be served the "Certification of Counsel Regarding Plaintiff's Motion for Partial Summary Judgment," dated January 24, 2025 [Docket No. 110], by causing true and correct copies to be:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies LLC (3603), WMF Management LLC (9238), Woodbridge Mortgage Investment Fund 1 LLC (0172), and Carbondale Doocy, LLC (3616). The Remaining Debtors' mailing address is 201 North Brand Boulevard, Unit 200, Glendale, CA 91203.

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

    b. delivered via electronic mail to: *curtishehn@comcast.net*.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Lead Case No. 17-12560 (JKS)
First Class Mail Service List

CURTIS A. HEHN
COUNSEL TO DENA FALKENSTEIN
1007 N. ORANGE ST., 4TH FLOOR
WILMINGTON, DE 19801