# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.,* | Adversary Proceeding |
| | Case No. 19-50329 (JKS) |
| Plaintiff, | |
| vs. | |
| DENA FALKENSTEIN, | **Ref. Docket No. 121** |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2025, I caused to be served the "Notice of Status Conference Regarding Adversary Proceedings," dated May 13, 2025 [Docket No. 121], by causing true and correct copies to be:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

b. delivered via electronic mail to: *curtishehn@comcast.net*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Angela Chachoff</i><br>
Angela Chachoff

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Case No. 17-12560 (JKS)
First Class Mail Service List - Adversary Proceeding Case No. 19-50329

CURTIS A. HEHN
COUNSEL TO DENA FALKENSTEIN
1007 N. ORANGE ST., 4TH FLOOR
WILMINGTON, DE 19801

DENA FALKENSTEIN
800 W GRANT LINE RD # 61
TRACY, CA 95376